COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 DAVID
 TREVIZO,
  
                             Appellant,
  
 v.
  
 THE STATE OF
 TEXAS,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00527-CR
  
 Appeal from the
  
 34th Impact Court
  
 of El Paso County, Texas
  
 (TC#20020D06319)
 
 




 

MEMORANDUM
OPINION

On December 30, 2003, this Court gave
notice to appellant that his notice of appeal is defective because it does not
contain the trial court=s certification of the defendant=s right of appeal as required by Tex. R. App. P. 25.2(a)(2) and 25.2(d). Therefore, this Court=s full jurisdiction has not been
invoked.  The Court notified appellant he
had until January 29, 2004 to remedy this jurisdictional defect by filing an
amended notice of appeal, or we would dismiss for want of jurisdiction.  To date, we have 








not received a response.  Therefore, this case is hereby dismissed for
want of jurisdiction.  In addition,
appellant=s motion to dismiss the appeal is
granted.

 

SUSAN
LARSEN, Justice

February 12, 2004

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.

 

(Do Not Publish)